COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-13-00221-CV |
| Style: | In re The Cadle Company |

| | |
|---|---|
| Date motion filed[*]: | March 14, 2013 |
| Type of motion: | Emergency Motion for Stay |
| Party filing motion: | Relator |

Relator, The Cadle Company, filed an emergency motion to stay the trial court's proceedings in the underlying case pending the resolution of its request for mandamus relief from this court, which was filed March 14, 2013. Relator's emergency motion is **granted**. The trial court's proceedings in the underlying case are stayed. The stay is effective until this mandamus proceeding is finally decided.

The Court further requests response(s) from the real parties in interest: Andrea Coursey, as next friend of Mary Lucinda Coursey, a minor; W. Harold Sellers; and Merrill Lynch Pierce, Fenner & Smith, Inc. Any response is due by **April 8, 2013**.

Judge's signature: /s/ Jane Bland
                           Jane Bland
                           Acting individually

Date: March 19, 2013